PROB 12C
(6/16)

Report Date: August 18, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Joseph Gonzales     Case Number: 0980 2:16-00039P-001

Address of Offender:     Ephrata, Washington

Name of Sentencing Judicial Officer: The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: July 20, 2016

Original Offense:     Obstruction of Mails, 18 U.S.C. § 1701

Original Sentence:     Probation - 60 months     Type of Supervision: Probation

Asst. U.S. Attorney:     Matthew F. Duggan     Date Supervision Commenced: July 20, 2016

Defense Attorney:     John Stephen Roberts, Jr.     Date Supervision Expires: July 19, 2021

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1** : The defendant must make restitution in the amount of $2,560. Restitution payments in the amount of $100 per month shall be made until paid in full. |
| | **Supporting Evidence**: As of August 18, 2017, John J. Gonzales has paid a total of $350 towards restitution. His last payment was made on April 20, 2017, in the amount of $50. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     08/18/2017

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

August 18, 2017
Date